**IN THE UNITED STATES BANKRUPTCY COURT**
**Southern District of Ohio**

| | |
|---|---|
| **In the Matter of**: } | |
| } | Case No.: 13-50149 |
| Natalie Smith } | |
| } | |
| } | Chapter 13 |
| } | |
| **Debtor(s)** } | |

## Notice of Change of Address

**My Former Mailing Address was**:

Name:         Natalie Smith

Street:        3976 Chandlee Pl

City, State, Zip: Gahanna, OH 43230

**Please be advised that effective January 28, 2017**
**my new mailing address is:**

Name:         Natalie Smith

Street:         308 W Carter Dr

City, State, Zip: Glendora, CA 91740

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing was sent by electronic mail on January 28, 2017 to the following:

**Trustee:**
Faye D. English
10 W Broad Street
Suite 900
Columbus, OH 43215

**US Trustee:**
Office of the US Trustee
170 N. High Street
Suite 200
Columbus, OH 43215

**Served by Regular US Mail:**

**Debtor:**
Natalie Smith
308 W Carter Dr
Glendora, CA 91740

                                              Respectfully Submitted,
                                              /s/ Erin E. Schrader
                                              Erin E. Schrader (0078078)
                                              Rauser & Associates
                                              5 East Long St., Suite 300
                                              Columbus, OH 43215
                                              (614) 228-4480